UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

KRISTEN DALE PATTON,

        Plaintiff,        3:13-cv-1404-MC

        v.        ORDER

STRYKER, INC., et al.,

        Defendants.

McShane, District Judge.

    By Order (#83) entered November 30, 2015, plaintiff was allowed 30 days to file a response or responses ro defendants' motions to dismiss (#31), (#33) and (#39) and advised that no further extensions of time to respond would be allowed. The court's order was returned as "undeliverable" on December 10, 2015.

    Plaintiff has not filed responses to defendants' motions to dismiss or kept the court apprised of his current address as required by Local Rule 83.10.

1 - ORDER

Defendants' unopposed motions to dismiss (#31), (#33) and (#39) are allowed for the reasons stated therein and for failure to prosecute. See, Local Rule 83.12 (when mail from the court to a party cannot be delivered due to the lack of a current address, and the failure continues for sixty (60) days, the court may dismiss the action). The Federal Defendants motion for reconsideration (#84) is denied as moot.

The clerk of the Court is directed to enter a judgment dismissing this proceeding.

It is so ordered.

DATED this 9 day of February, 2016.

                                        Michael McShane
                                        United States District Judge